**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

> **Plaintiff,**

> **v.**

**JAMES E. SWANSON,**

> **Defendant.**

**Case No. 2:11-cr-27**

**Judge Peter C. Economus**

**ORDER**

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 14) that Defendant's guilty plea be accepted.  The Court accepts Defendant's plea of guilty to Count 1 of the information, on which Defendant is hereby adjudged guilty.  The Court's decision on acceptance or rejection of the plea agreement is deferred for consideration after the preparation of a presentence investigation report.

> **IT IS SO ORDERED.**

> **/s/ Peter C. Economus  -  July 27, 2011**
> **UNITED STATES DISTRICT JUDGE**